# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 19 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

AKECHETA MORNINGSTAR, PH.D.                                PLAINTIFF

Vs.            Civil Action            3:22-cv-410-HTW-MTP

ST. DOMINIC-JACKSON MEMORIAL                               DEFENDANTS
DR. SAGAR PATEL
GLOBAL MEDICAL RESPONSE

## COMPLAINT (PLAINTIFF REQUESTS TRIAL BY JURY)

NOW COMES, Plaintiff Akecheta Morningstar, hereby files his com-

Plaint against Defendants St. Dominic-Jackson Memorial Hospital, Dr. Sagar

Patel and American Medical Response (AMR). In support thereof the Plaintiff

States as follows:

## Parties

The Plaintiff, **Akecheta Morningstar** is an adult resident citizen of Hinds

County in the State of Mississippi. **St. Dominic-Jackson Memorial Hospital** is
a

business whose home office is located in Jackson, MS. They can be properly served at Lester K. Diamond; 969 Lakeland drive; Jackson, MS 39216. **Dr. Sagar Patel** is a businessman licensed to practice in the State of Mississippi. He can be properly served at Imagine Behavioral Health; 1920 Dunbarton Drive; Jackson, Mississippi 39216. **Global Medical Response** is a business entity whose home office is located out of the state of Mississippi. They can be properly served at 6363 South Fiddlers green circle; Greenwood Village Coloardo; 80111.

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter for the reason being that the Plaintiiff's Constitutional rights were violated. The Plaintiff has a cause of action because of the American Disability Act of 1990.. That law protects persons availing psychiatric services by recognizing their right to access mental health services at all levels of the national health care system. They shall not be discriminated against based upon their disability or race. It is widespread known and have direct testimony from other poor patients that have been in the mental health system of Ms-

informing me that they have been kicked, denied meds and other horrible acts just as I have testified. As a matter of fact, the DOJ filed a lawsuit against Mississippi a few years back because of deficiencies in their Mental Health System.

## FACTS

On about October 10th, 2017, Plaintiff Akecheta Morningstar, who has had a long history of PTSD for being the target of abuse and degradation by many persons in Authority in Mississippi, became emotionally compromised when he received what he perceived as an attempt on his life when he was chased at almost 80-90 mph in his hometown of Canton Mississippi. Dr. Morningstar had recently been forced to resign from his part-time job after receiving a death threat there as well. In addition, his former Employer had illegally placed $5000 on his IRS account that resulted in his disability payments and Medicare Insurance being terminated. Fearing for his life, Dr. Morningstar returned to Jackson, MS. He left his home and drove several miles ending up at a service station, while being on the phone with the Jackson Police Department. Dr. Morningstar exited his vehicle and proceeded to enter the establishment. Shortly thereafter, the Officer arrived

3

and answer-ed Dr. Morningstar's phone that was ringing. Soon afterward, representatives from AMR ambulance services arrived. The first thing the representatives did was a field sobriety or mental awareness assessment to discern if the patient was out of his mind.  Dr. Morningstar answered all the questions succinctly and correctly.  Dr. Morningstar had a legitimate issue to be concerned about. Instead of listening to him, the police officer handcuffed him and the AMR techs hit Dr. Morningstar with a heavy duty Tranquilizer that left him un-conscious for 3-4 days. Dr. Morningstar wasn't aware that he was in the

world. The reason Dr. Morningstar is crying foul is that he was not granted a customary intake interview to discuss the concerns with the Doctor.  Dr. Morningstar had no idea what they did to him for the 3-4 days. Whatever meds they gave him had him paranoid, climbing on top of the furniture, and tearing parts of the walls down, trying to escape. Dr. Morningstar vaguely remembers two employees who isolated him in a room and hit him in the arm with some type of futuristic weapon.  Dr. Morningstar also remembers them not giving him Blood pressure meds.  Workers also beat him up, injuring his ribs. Additionaly, they threw him in a padded room. Dr. Patel was the Psychiatric

**4**

Doctor in charge who made the Orders to illegally detain Dr. Morningstar against his will. AMR reps, Dr. Patel, and St. Dominick should be charged for kidnapping and causing physical and emotional harm to Dr. Morningstar's body. One of the nurses exclaimed: "He's a hybrid, He's a hybrid". One of the patients must have known that they were trying to harm Dr. Morningstar. So he informed him of what action to take to stay alive. Not sure how he knew

5

but he was exactly right.

Your Honor, please research the following cases that were filed in various of Courts that may shed light on motive: *Akecheta Morningstar v. MS Baptist Health System* that was filed in the Southern District of MS (3:19cv 276 Akecheta Morningstar v. Perkins Law Firm et tal (Circuit Court of Hinds County (20-456); *Audray Johnson v. Hinds Behavioral Health and Dr. fayaz Abdrabbo (Hinds County Circuit Court)*

## QUESTION CONCERNING STATUTE OF LIMITATION

It is well understood by the Courts that there is a toll on the running of time if a litigant is deemed to be emotionally compromised. Plaintiff, Akecheta Morningstar suffers from SchizoAffective disorder and Dissociative Identity Disorder. His problems were exacerbated by the Defendants not allowing him to take his regular meds and further giving him meds that caused him to become psychotic. He had a big setback. Even Defendant Dr. Patel penned an official document indicating that it wasn't a good idea for the patient to be released from the hospital around October 12, 2017. It took quite some time

6

for dr. Morningstar to get his brain chemistry back right. The Plaintiff is suggesting the latter part of 2019 of him coming back to a good degree of normalcy. As such, he is still within the allotted statute of limitation

## DAMAGES

The Plaintiff is seeking damages for pain and suffering and emotional trauma brought on by Defendants violating his constitutional rights by discriminating against him and beating him up and refusing to give him his much needed medication. The damage is so severe that the Plaintiff refuses to go to the Doctor even when he is hurting bad.

## RELIEF

Plaintiff Akecheta Morningstar seeks an amount of 20,000,000. The Plaintiff also seeks Punitive damages due to the nature of this disturbing claim. Respectively submitted, this the 18th day of July, 2022

General Akecheta Morningstar, PH. D.

109 Colonial circle
Jackson, Mississippi 39211

3in1agentam@gmail.com